## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSELL RITTER, : | |
|        Plaintiff, : | No. 5:14-cv-7241 |
|    v. : | |
| : | |
| LIBERTY MUTUAL GROUP INC., : | |
|        Defendant. : | |

### O R D E R

**AND NOW**, this 23rd day of September, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

    1.    Plaintiff's Motion to Dismiss Defendant's Counterclaim, ECF No. 13, is **DENIED**; and

    2.    The Clerk of Court is directed to correct the docket to reflect that the sole Defendant in this action is "Liberty Mutual Group Inc." and that the counter claimant is "Liberty Mutual Group Inc."

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge